FILED

2009 SEP -1 PM 2:28

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Hyde, Thomas Patrick<br><br>　　　　　　Defendant. | Case No.: SACR06-206 JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___bail resources unknown; failure to cooperate w/PSA; conduct in absconding from treatment program; lack of___

1  candor w/ Probation Officer re August 1 incident;
2  ongoing substance abuse problem
3  and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  extensive criminal history record;
8  prior prob viol in this case; assaultive
9  behavior when arrested on August 1;
10  substance abuse history
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  9/1/09
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE

Page 2 of 2